IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST MILLER, | | |
| | Plaintiff, | No. 2:09-cv-0280 FCD KJN P |
| vs. | | |
| CARRERA, et al., | | |
| | Defendants. | |
| _____/ | | |
| ERNEST MILLER, | | |
| | Plaintiff, | No. 2:09-cv-0917 JAM KJN P |
| vs. | | |
| ROCHE, | | |
| | Defendant. | |
| _____/ | | |
| ERNEST MILLER, | | |
| | Plaintiff, | No. 2:09-cv-3427 MCE KJN P |
| vs. | | |
| JENESKY, et al., | | |
| | Defendants. | |
| _____/ | | |

////

1

1  ERNEST MILLER,
2           Plaintiff,                              No. 2:09-cv-3598 LKK KJN P
3      vs.
4  WILLIAMS, et al.,
5           Defendants.
                                         /          FINDINGS AND RECOMMENDATIONS
6

7           In each of these cases,[1] plaintiff Ernest Miller, a state prisoner proceeding without
8  counsel, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  By orders filed April 28,
9  2010, May 13, 2010, April 29, 2010, and May 5, 2010, plaintiff was directed to pay in full the
10 $350.00 filing fee in each of the above cases, within twenty-one days.  Plaintiff was also
11 cautioned that failure to do so would result in a recommendation that each action be dismissed.
12 The twenty-one day period has now expired, and plaintiff has not responded to the court's order,
13 and has not paid the full filing fee in any of the above cases.  Accordingly, IT IS HEREBY
14 RECOMMENDED that each action be dismissed without prejudice.
15          These findings and recommendations are submitted to the United States District
16 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
17 one days after being served with these findings and recommendations, plaintiff may file written
18 objections with the court.  Such a document should be captioned "Objections to Magistrate
19 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
20 ////
21 ////
22 ////
23 ////

---

[1] Each of these cases is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302. Each case was reassigned to the undersigned on February 9, 2010.

1  within the specified time may waive the right to appeal the District Court's order.  Martinez v.
2  Ylst, 951 F.2d 1153 (9th Cir. 1991).
3  DATED:  June 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

miller.fpf